TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00544-CV

Nancy Chesser/Normal Life of North Texas, Inc. and Normal Life, Inc., Appellants

v.

Normal Life of North Texas, Inc. and Normal Life, Inc./ Nancy Chesser, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 98-00740, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING 

PER CURIAM

 The parties state in a joint motion that they have settled their dispute and want the
district court judgment vacated, their cause dismissed, and the supersedeas bond released. We
grant their motion, vacate the district-court judgment, dismiss the cause, and order the district
clerk to release the supersedeas bond posted to suspend execution of the judgment pending appeal.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: March 29, 2001

Do Not Publish